# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Nos. 1D18-3851
1D18-4549
(Consolidated for disposition)

_____

DARRYL RICE,

Appellant,

v.

NATASHA MCKINNON,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Lance M. Day, Judge.

October 23, 2019

PER CURIAM.

AFFIRMED.

ROBERTS, BILBREY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Darryl Rice, pro se, Appellant.

Natasha McKinnon, pro se, Appellee.